BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX TRAMONTANO (276666)
FERDEZA ZEKIRI (335507)
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com
zekiri@whafh.com

*Attorneys for Plaintiff*

[Additional counsel appear on signature page]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY WILDER, Individually and On Behalf of All Others Similarly Situated, | Case No.: |
| Plaintiff, | **CLASS ACTION COMPLAINT** |
| vs. | |
| BEAST HOLDINGS, LLC d/b/a SHOP MRBEAST and REVOLT ENTERPRISES, LLC, | **JURY TRIAL DEMANDED** |
| Defendants. | |

Plaintiff Ashley Wilder ("Plaintiff") on behalf of herself and all others similarly situated, hereby submits the following Class Action Complaint ("Complaint") against Defendant Beast Holdings, LLC d/b/a Shop MrBeast ("MrBeast") and Revolt Enterprises, LLC ("Revolt" and, collectively, "Defendants"), and upon personal knowledge as to her own acts and status, and upon investigation of counsel and information and belief as to all other matters, alleges as follows:

## NATURE OF THE ACTION

1.     Beast Holdings, LLC is the parent company for the business dealings of popular YouTube personality Jimmy Donaldson, known online as MrBeast.

2.     For more than a decade, Donaldson has maintained a highly successful online presence through "videos [which offer] a mix of stunts and humour."[1]

3.     In 2020, it was estimated his yearly income was $24 million and that he had more than 47 million worldwide subscribers to his channel.[2] On MrBeast's website, the number of subscribers is now listed as 107 million.[3]

4.     A key part of Donaldson's online presence are giveaways to fans and his apparent philanthropy. For example, it was widely reported that he raised more than $20 million for a tree-planting campaign in 2019.[4]

5.     Donaldson has, in recent years, expanded into foodservice and retail, and, through Defendants, opened an online store, www.shopmrbeast.com (the "website").

---

[1]     https://thetab.com/uk/2020/12/23/youtube-rich-list-the-10-highest-paid-youtubers-of-2020-187398, last accessed October 28, 2022.

[2] *Id.*

[3] *See* https://shopmrbeast.com/about, last accessed October 28, 2022

[4]     https://www.businessinsider.com/elon-musk-pewdiepie-jeffree-star-donate-mrbeast-youtube-tree-planting-2019-10, last accessed October 28, 2022.

6. However, Defendants' online store has been plagued with overcharges, mis-delivered products, and indefinite delays that often face no response from Defendants in spite of their automated response to all customers that Defendants "will get back to you with a (human) response within 24-48 hours."

7. As a result, numerous customers of Defendants have suffered damages in the form of overcharges or mis-delivered products (with no way by which to receive a refund or an exchange) or have simply never received their products after ordering from Defendant.

8. Plaintiff brings this lawsuit against Defendants on behalf of herself and a Nationwide Class and a Kentucky Subclass of all other similarly situated purchasers of the affected products in the United States, alleging claims of breach of contract, unjust enrichment, and violations of the Kentucky Consumer Protection Act, Ky. Rev. Stat. §367.110, *et seq.*

## JURISDICTION AND VENUE

9. This Court has original jurisdiction pursuant to 28 U.S.C. §1332(d)(2). In the aggregate, Plaintiff's claims and the claims of the other members of the Class exceed $5,000,000 exclusive of interest and costs, and there are numerous class members who are citizens of states other than Defendants' states of citizenship, which are North Carolina and California.

10. This Court has personal jurisdiction over Defendants because a substantial portion of the wrongdoing alleged in this Complaint took place in California and because Defendant Revolt Enterprises, LLC has its principal place of business in and is authorized to do business in the Central District of California.

11. Venue is proper in this Court pursuant to 28 U.S.C. §1391 because Defendant Revolt Enterprises, LLC resides in this District, many of the acts and transactions giving rise to this action occurred in this District and Defendant Revolt Enterprises, LLC is subject to personal jurisdiction in this District.

## **PARTIES**

***Plaintiff***

12.     Ashley Wilder is a citizen of Kentucky, residing in Independence. On or about August 4, 2022, Plaintiff purchased what she believed to be a T-shirt, sized small for what she believed to be $24.94. Instead, she was charged $40.00 and received a T-shirt sized 4T. Plaintiff has made numerous attempts to contact Defendants since this order was placed, and all have gone unanswered, save by automatic replies. Plaintiff would not have purchased the product or paid as much for it had she known that Defendants would overcharge her and/or fail to deliver the product as ordered.

***Defendants***

13.     Beast Holdings, LLC is a limited-liability corporation with its principal place of business at 740 SE Greenville Boulevard, Ste. 400-163, Greenville, NC 27858. The sole member of Defendant's LLC is Kevin M. Sayed of Greenville, North Carolina, according to the North Carolina Secretary of State.

14.     Revolt Enterprises, LLC is a limited-liability corporation with its principal place of at 10250 Constellation Boulevard., Suite 2900, Los Angeles, CA 90067.

## **FACTUAL ALLEGATIONS**

15.     MrBeast owns and/or controls the website www.shopmrbeast.com.

16.     The website prominently advertises its ties to Jimmy Donaldson a/k/a MrBeast, even going so far as to state, on its website, "Copyright 2022 © MrBeast:"

**COPYRIGHT 2022 © MRBEAST**

17. According to the U.S. Patent and Trademark Office, Beast Holdings, LLC is the current owner of the "MrBeast" trademark.

18. Similarly, Donaldson, on his Twitter account and in other locations, prominently steers followers toward Defendants' online store:

5



19. When a customer reaches the checkout stage, the Terms of Service list an entity called "MrBeast Official" as the operator of the website:

**Terms of service**                                              ✕

OVERVIEW
This website is operated by MrBeast Official. Throughout the site, the terms "we", "us" and "our" refer to MrBeast Official. MrBeast Official offers this website, including all information, tools and services available from this site to you, the user, conditioned upon your acceptance of all terms, conditions, policies and notices stated here.

20. "MrBeast Official" does not appear to be an actual legal entity registered within the United States, though. As stated above, the MrBeast trademark is owned by Defendant Beast Holdings.

21.     Defendant Revolt's name appears twice briefly on the website, in the FAQs section[5], Defendant Revolt indicates that it is responsible for shipping merchandise sold of the website:

## CAN I UPDATE MY SHIPPING ADDRESS AFTER I HAVE ORDERED?

**If you have incorrectly formatted or entered your address, please contact customer support immediately with your order number and correct shipping address. If you fail to communicate a shipping address change before your order is shipped you will have to contact the courier to reroute your order. Revolt is not responsible for shipment to an incorrect address if we are not provided the information prior to dispatch.**

**If your package fails to be delivered due to an insufficient delivery address the goods will be returned to us. Please contact us if this occurs and we will organize a reshipment to an updated shipping address.**

## DOES REVOLT ACCEPT RETURNS?

**Returns are accepted if there is a fault with the product/s upon delivery, please contact our customer support team with photos of the defective good/s, your order number and a description of the issue.**

**Returns are also accepted if the item/s are still unopened, we will issue a full refund including shipping costs. Please contact customer support and provide your order number and reason for return.**

22.     Additionally, a blog post from September 2022 identifies Defendant Revolt as the "merchandiser" "leading" the new Shop MrBeast website in conjunction with online software developers.[6]

23.     In fact, Defendant Revolt states that it will handle virtually all aspects of a client's website from design to fulfillment[7]:

---

[5]  https://shopmrbeast.com/faq, last accessed November 2, 2022.
[6]  https://vercel.com/blog/serving-millions-of-users-on-the-new-mrbeast-storefront, last accessed November 2, 2022.

24.   As a result, while Defendant Revolt apparently handles the actual production and fulfillment of goods, Defendant Beast Holdings is identified in virtually every aspect of the website as the entity responsible for marketing and selling products for the website, and the Terms of Service list a fictitious entity as the entity responsible for the operation of the website.

25.   Defendants' website sells clothing, lanyards, keychains, and other materials to customers, many of whom are either fans of Donaldson, or, in the case of Plaintiff, parents of fans of Donaldson.

26.   While Defendants' website has relatively minimal guidance as to how to handle returns, it does state, "Returns are accepted if there is a fault with the product/s upon delivery, please contact our customer support team with photos of the defective good/s, your order number and a description of the issue. Returns are also accepted if the item/s are still unopened, we will issue a full refund including

---

[7] https://www.rvlt.net/services, last accessed November 2, 2022.

shipping costs. Please contact customer support and provide your order number and reason for return."[8]

27. However, any user contacting Defendants' email address (support@shopmrbeast.com) receives the following automated response:

---

[8] https://shopmrbeast.com/faq, last accessed November 2, 2022.



28.     Numerous complaints through websites like the Better Business Bureau and Trustpilot have described similar return, exchange, or refund

nightmares like those of Plaintiff. A small sampling of various online complaints follow:

> Order $100 work of t-shirts, stickers, lanyards on 8/7/22 for my son. Website says it will ship mid September. It's 10/5/22 and my order shows waiting to be processed still. I've sent many emails with an automated reply of we will get back to you in 24-48 hours and I never get a reply, order #*************. This is horrible business practice and more than anything really sad this is how mr beast companies treat his fans which is mostly little kids.[9]

> I placed an order on 8/11 for a shirt and have yet to receive it. I have sent multiple emails all emails were ignored. I have no idea what the status of my order is or if even I will receive a refund. This is horrible business practice. I spent $49.61 on a shirt for my son.[10]

> I made a purchase in April for a hoodie for my son's birthday in May. When I ordered it, I knew it would not start shipping until 3rd week of April but I still have not received it. I have tried to track it with the order # I have and it says its not found, I have contacted them by e-mail 3 times with no response and I have not been able to find a contact # for them. I am disappointed in the fact that I spent $70 on

---

[9]     https://www.bbb.org/us/nc/wilson/profile/clothing/mrbeastyoutube-0593-90323260/complaints#1241189908, last accessed October 28, 2022.
[10]     https://www.bbb.org/us/nc/wilson/profile/clothing/mrbeastyoutube-0593-90323260/complaints#1241189907 (dated September 19, 2022), last accessed October 28, 2022.

my purchase to never receive it and also now have an update child in the process.[11]

Sizing chart is completely wrong, I ordered small and got the most massive hoody and t-shirt that looks like a parachute. My girlfriend looks ridiculous in it and we are unable to return. We waited 3 months for the package and was unfortunately very disappointed.[12]

I ORDERED 2 MR. BEAST HOODIES..THEY CAME BUT WERE TOO BIG, SO I RETURNED THEM WITH A NOTE TO PLEASE EXCHANGE FOR MEDIUM SIZE ADULT AND BILL US FOR SHIPPING.SO FAR WE HAVE HEARD NOTHING BACK.THESE WERE FOR BIRTHDAY GIFTS TOO.PLEASE AT LEAST PROVIDE SOME CUSTOMER SERVICE!!![13]

Preodered shrek merch to be dispatched around 21st April, 5 weeks after this date still no update and no response from emails to c.s. website is currently closed and no updates via any channels, unfortunately seem to have been scammed by one of the most famous YouTubers which doesn't make sense, sons will be pretty disappointed.[14]

---

[11] https://www.bbb.org/us/nc/wilson/profile/clothing/mrbeastyoutube-0593-90323260/complaints#1241189903 (dated June 4, 2022), last accessed October 28, 2022.

[12] https://www.trustpilot.com/reviews/633fc404b67840c2ab2a7e13, last accessed October 28, 2022.

[13] https://www.trustpilot.com/reviews/62fec5da142fce1f45fe49cf, last accessed October 28, 2022.

[14] https://www.trustpilot.com/reviews/628c0666045d025d3a9ca4d1, last accessed October 28, 2022

29.     The Better Business Bureau gives Shop MrBeast 1.67 stars out of 5 and an "F" rating.[15] Trustpilot gives Defendants' online shop 1.8 stars out of 5 and a "Poor" rating.[16]

30.     While Defendants' website prominently displays its ties to Donaldson and Defendant Beast Holdings, emails to support@shopmrbeast.com (as seen in ¶19) are "answered" by an entity called Merligrego.

31.     Merligrego's website (www.merligrego.com) says of itself, "Merligrego is a Website allowing Sellers to offer Buyers personalised products that will be manufactured and marketed by the Website and a catalogue of pre manufactured products marketed by the Website and which are available in various colours and sizes ("Products") if they meet with the requirements of the Buyer. The Website also allows members and visitors to share User Content through third-party web services, such as Facebook and Twitter, and allows Sellers to offer Products bearing User Content to third parties."[17]

32.     Merligrego lists its address as 4017 W Lillian St, McHenry, IL 60050, which is a twelve-unit apartment complex in the far northwestern suburbs of Chicago. The Illinois Secretary of State does not recognize "Merligrego" as a registered business nor as a d/b/a.

33.     The phone number listed, (650) 410-7920, as well as Merligogo's domain for its customer service email, "@storehelp.net", appears in numerous other small internet stores such as BeeCat.co and TomTrending.com. Each of these storefronts also utilizes identical terms & conditions, privacy policies, return policies, and shipping policies.

---

[15]     https://www.bbb.org/us/nc/wilson/profile/clothing/mrbeastyoutube-0593-90323260, last accessed October 28, 2022.

[16]  https://www.trustpilot.com/review/shopmrbeast.com, last accessed October 28, 2022.

[17] https://merligrego.com/page/about, last accessed October 28, 2022.

34.     Additionally, each of these storefronts, including Merligogo's, appears to be established for the sole purpose of soliciting clothing and related merchandise sales.

35.     It is also notable that Merligrego sells numerous MrBeast-labelled products on its website, ostensibly identical to many of the products sold on shopmrbeast.com.[18]

36.     On information and belief, Defendants' website routes communications through support@shopmrbeast.com to an entity which identifies itself as Merligrego which then routinely go unanswered.

37.     The relationship of Merligrego to Defendants is unclear, but Merligrego does not appear to handle any actual fulfilment of product, merely customer response.

38.     In any event, Defendants either know or should have known that orders placed through their website routinely go unfulfilled, mis-fulfilled, or delayed to the point of futility.

39.     Further, there is no mechanism by which Plaintiff and Class members may receive refunds or replacement orders through Defendants' website in spite of Defendants' representation that customers will be refunded for mis-fulfilled products or have such products replaced as well as Defendants' promise that customers will receive orders placed on its website.

40.     As a result, Defendants have breached their contract with Plaintiff and Class members regarding their mis-fulfilled or overcharged orders and deprived them of the ability to receive the full value of all purchases made within the Class Period.

---

[18] *See* https://merligrego.com/search?s=MrBeast, last accessed October 28, 2022.

## CLASS ACTION ALLEGATIONS

41.    Plaintiff brings this action on behalf of herself and as a class action, pursuant to the provisions of Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure on behalf of a class defined as:

> All consumers in the United States who purchased products from
> Defendants' website that were either unfulfilled, fulfilled incorrectly,
> or overcharged for their orders.

Excluded from the Class are Defendants and their subsidiaries and affiliates; all persons who make a timely election to be excluded from the Class; governmental entities; and the judge to whom this case is assigned and any immediate family members thereof. Moreover, this Complaint does not assert, and is not intended to assert, Class standing for personal injury claims, or any damages therefrom.

42.    Plaintiff also brings this action on behalf of himself and as a class action, pursuant to the provisions of Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure on behalf of a subclass defined as:

> All consumers in the State of Kentucky who purchased products from
> Defendants' website that were either unfulfilled, fulfilled incorrectly,
> or overcharged for their orders.

Excluded from the Subclass are Defendants and their subsidiaries and affiliates; all persons who make a timely election to be excluded from the Subclass; governmental entities; and the judge to whom this case is assigned and any immediate family members thereof. Moreover, this Complaint does not assert, and is not intended to assert, Subclass standing for personal injury claims, or any damages therefrom.

43.    Certification of Plaintiff's claims for classwide treatment is appropriate because Plaintiff can prove the elements of their claims on a classwide

basis using the same evidence as would be used to prove those elements in individual actions alleging the same claims.

44. **Numerosity – Fed. R. Civ. P. 23(a)(1)**. The members of the Class are so numerous that individual joinder of all Class members is impracticable. The precise number of Class members is unknown to Plaintiff but is believed to number in at least the hundreds. Class members may be notified of the pendency of this action by recognized, Court-approved notice dissemination methods, which may include U.S. Mail, electronic mail, Internet postings, and/or published notice.

45. **Commonality and Predominance – Fed. R. Civ. P. 23(a)(2) and 23(b)(3)**. This action involves common questions of law and fact, which predominate over any questions affecting individual Class members. All Class and Kentucky Subclass members have been subject to the same or substantially the same false and misleading claims at the heart of this action with regard to Defendants' products. Furthermore, common questions of law and fact include, but are not limited to:

      a.     Whether Defendants have been unjustly enriched as a result of the conduct complained of herein;

      b.     Whether Defendants engaged in unfair, unconscionable, false, misleading, and/or deceptive labeling, advertising, marketing and/or promotion of its products;

      c.     Whether Defendants breached their contract with Plaintiff and Class and Subclass members in incorrectly fulfilling their orders, failing to fulfill their orders, or overcharging them for their orders;

      d.     Whether Defendants engaged in unfair or unconscionable, false, misleading, or deceptive acts or practices in the conduct of any trade or commerce;

e. Whether Plaintiff and the other members of the Class and Subclass are entitled to actual, statutory, or other forms of damages, and other monetary relief and, if so, in what amount; and

f. Whether Plaintiff and the other members of the Class and Subclass are entitled to equitable relief, including but not limited to restitution.

46. **Typicality – Fed. R. Civ. P. 23(a)(3)**. Plaintiff's claims are typical of the claims of the other members of the Class because, among other things, all Class members were comparably injured through the uniform misconduct described above, were subject to Defendants' unfair, false, misleading, and/or deceptive claims with regard to its products.

47. **Adequacy of Representation – Fed. R. Civ. P. 23(a)(4)**. Plaintiff is an adequate Class representative because her interests do not conflict with the interests of the other members of the Class she seeks to represent; she has retained counsel competent and experienced in complex class action litigation; and Plaintiff intends to prosecute this action vigorously. The Class' interests will be fairly and adequately protected by Plaintiff and her counsel.

48. **Superiority – Fed. R. Civ. P. 23(b)(3)**. A class action is superior to any other available means for the fair and efficient adjudication of this controversy, and no unusual difficulties are likely to be encountered in the management of this class action. The damages or other financial detriment suffered by Plaintiff and the other members of the Class are relatively small compared to the burden and expense that would be required to individually litigate their claims against Defendant, so it would be impracticable for Class members to individually seek redress for Defendants' wrongful conduct. Even if the Class members could afford individual litigation, the court system could not. Individualized litigation creates a potential for inconsistent or contradictory judgments, and increases the delay and

expense to all parties and the court system. By contrast, the class action device presents far fewer management difficulties, and provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court.

## CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF
**Breach of Contract**
**(Individually and on Behalf of the Class and Subclass)**

49.     Plaintiff incorporates each of the foregoing allegations from paragraphs 1 to 48 as if fully set forth herein.

50.     Defendants sold products in its regular course of business. Plaintiff and Class and Subclass members purchased the products from Defendants which were either not sent to members of the Class, were sent not as ordered (and not permitted to be returned), or were overcharged (inclusive of tax and shipping) for those products.

51.     Defendants routinely engage in the manufacture, distribution, and/or sale of these products and as merchants that deal in such goods or otherwise holds themselves out as having knowledge or skill particular to the practices and goods involved.

52.     However, the products sold were not sold as advertised, delivered to Plaintiff and/or Class or Subclass members, or were charged by Defendants or Defendants' agents in excess of the price (inclusive of tax and shipping) quoted by Defendants or Defendants' agents.

53.     As a direct and proximate result of Defendants' conduct, Plaintiff and Members of the Class and Subclass were injured because they paid money for products that either did not conform to their order or which they did not receive.

54.     Defendants' breach of contract has caused Plaintiff and Class and Subclass members to suffer injuries, paying excessively products, and entering into

18

transactions they otherwise would not have entered into for the consideration paid. As a direct and proximate result of Defendants' breach of contract, Plaintiff and Class and Subclass members have suffered damages and continue to suffer damages, including economic damages in terms of the difference between the value of the product as promised and the value of the product as delivered.

55.     As a result of Defendants' breach of contract, Plaintiff and Class and Subclass members are entitled to legal and equitable relief including damages, costs, attorneys' fees, rescission, and/or other relief as deemed appropriate, in an amount sufficient to compensate them for not receiving the benefit of their bargain.

## SECOND CLAIM FOR RELIEF
### The Kentucky Consumer Protection Act, Ky. Rev. Stat. §367.110, *et seq*.
### (Individually and On Behalf of the Kentucky Subclass)

56.     Plaintiff incorporates each of the foregoing allegations from paragraphs 1 to 48 as if fully set forth herein.

57.     Defendants' conduct, as alleged herein, constitute "Unfair, false, misleading, or deceptive acts or practices in the conduct of any trade or commerce" within the scope of Ky. Rev. Stat. §367.170.

58.     Plaintiff and the other members of the Class have been injured by Defendants' unfair, false, misleading, or deceptive methods, acts, or practices in conjunction with the marketing and sale of their products.

59.     Pursuant to Ky. Rev. Stat. §367.220, Plaintiff and each of the other members of the Kentucky Subclass are entitled to recover actual damages, plus their reasonable attorneys' fees and the costs, including notice costs, and any other relief the Court deems proper, for this action.

60.     Plaintiff and the other members of the Kentucky Subclass are also entitled to injunctive relief in the form of an order directing Defendants to cease their false and misleading labeling and advertising, audit its sales practices, and

ensure that all customer complaints regarding the failure to deliver, sell as warranted, or charge as advertised for products shall be corrected.

### THIRD CLAIM FOR RELIEF
**Unjust Enrichment**
**(Individually and on Behalf of the Class and Subclass)**

61.     Plaintiff incorporates each of the foregoing allegations from paragraphs 1 to 48 as if fully set forth herein.

62.     Plaintiff and the other Class members conferred a benefit upon Defendants, in the form of the monies paid to Defendants for products that were either not sent to Plaintiff and/or Class members, did not conform to the orders placed by Plaintiff and/or Class members, or were overcharged from the amounts listed (inclusive of taxes and shipping) on Defendants' website.

63.     Defendants have an appreciation or knowledge of the excess prices paid for the products by Plaintiff and the other members of the Class.

64.     Defendants' acceptance or retention of these benefits is inequitable under the circumstances as outlined above.

65.     Plaintiff, on behalf of herself and the other members of the Class, seek restitution or, in the alternative, imposition of a constructive trust on the funds inequitably received and retained.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff, individually and on behalf of the other members of the Class proposed in this Complaint, respectfully request that the Court order the following relief:

A.     An Order certifying the Class and Subclass as requested herein;

B.     An Order awarding restitution and disgorgement of Defendants' revenues to Plaintiff and the other members of the proposed Class and Subclass;

C.     An Order awarding equitable relief, including: enjoining Defendants from continuing the unlawful false advertising practices as set forth herein, directing Defendants to reimburse all members of the Class and Subclass for their unfulfilled, misfulfilled, or overcharged products, directing Defendants to engage in a corrective advertising campaign, directing Defendants to identify, with Court supervision, victims of its conduct and pay them restitution, and disgorgement of all monies acquired by Defendants by means of any act or practice declared by this Court to be wrongful;

D.     An order awarding actual damages and punitive damages as allowable by law;

E.     An Order awarding attorneys' fees and costs to Plaintiff and the other members of the Class; and

E.     Such other and further relief as may be just and proper.

## JURY DEMAND

Pursuant to Fed. R. Civ. P. 38(b), Plaintiff demands a trial by jury of all claims in this Complaint so triable.

DATED:  November 8, 2022        By:    /s/ *Rachele R. Byrd*

BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX TRAMONTANO (276666)
FERDEZA ZEKIRI (335507)
**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com
zekiri@whafh.com

21

**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLC**
CARL V. MALMSTROM
111 W. Jackson St., Suite 1700
Chicago, IL 60604
Telephone: (312) 984-0000
Facsimile: (212) 686-0114
malmstrom@whafh.com

*Attorneys for Plaintiff*

28871

22