1  MICHAEL E. WEINSTEN (BAR NO. 155680)
   MAX D. FABRICANT (BAR NO. 333859)
2  LAVELY & SINGER
   PROFESSIONAL CORPORATION
3  2049 Century Park East, Suite 2400
   Los Angeles, California 90067-2906
4  Telephone: (310) 556-3501
   Facsimile: (310) 556-3615
5  Email:   mweinsten@lavelysinger.com
            mfabricant@lavelysinger.com
6
   Attorneys for Defendant
7  BEAST HOLDINGS, LLC

8

9             UNITED STATES DISTRICT COURT

10      CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

11

12 ASHLEY WILDER, Individually and    ) CASE NO. 2:22-cv-08165-MCS-SK
   On Behalf of All Others Similarly  )
13 Situated,                          ) **DEFENDANT BEAST HOLDINGS,**
                                      ) **LLC'S CORPORATE DISCLOSURE**
14                                    ) **STATEMENT**
                      Plaintiff,      )
15 vs.                                )
                                      ) ACTION FILED: NOVEMBER 8, 2022
16 BEAST HOLDINGS, LLC d/b/a          )
   SHOP MRBEAST and REVOLT            )
17 ENTERPRISES, LLC,                  )
                                      )
18                                    )
                      Defendants.     )
19                                    )
                                      )
20

21

22

23

24

25

26

27

28

---

DEFENDANT BEAST HOLDINGS, LLC'S CORPORATE DISCLOSURE STATEMENT

1 | Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Defendant Beast Holdings, LLC states that BBurger 1456 & Co., a Delaware corporation, is its parent.

No publicly held corporation owns 10% or more of Defendant Beast Holdings, LLC's stock.

Dated: December 2, 2022

MICHAEL E. WEINSTEN
MAX D. FABRICANT
LAVELY & SINGER
PROFESSIONAL CORPORATION

By: /s/

Attorneys for Defendant
BEAST HOLDINGS, LLC

---

1

DEFENDANT BEAST HOLDINGS, LLC'S CORPORATE DISCLOSURE STATEMENT